United States District Courthouse
District of Columbia

## Memorandum

Response to Defendants Motion to Dismiss

Civil Action No. 10-0395 (EGS)

Gail Royster
  V.           plaintiff

The Board on Professional Responsibility, Elizabeth Herman, Elizabeth Brandon, Charles Willoughby
                    (Defendants)

## Motion
Response

On July 21, 2008, Ms. Cassie Griffin with Gail Royster permission filed a complaint against Attorney James Q. Butler, with the DC Bar. I recieved a letter from Deputy Bar Counsel Elizabeth Herman dated July 30, 2008 with a Bar docket No. 2008 D-329 stating that she was taking a confidential investigation into my complaint.

Ms. Herman sent me a letter dated Aug 14, 2008 for a response due Aug. 25, 2008 to Mr. Butler letter dated Aug. 4, 2008, which I did respond, letter dated Aug. 21, 2008.

(I have proof of these letters)

**RECEIVED**
MAY - 6 2010
Clerk, U.S. District and
Bankruptcy Courts

# II

Ms Herman wrote me a letter dated September 17, 2008 asking me question about my contact with Mr. Butler and what was the status on my criminal case, etc. This is when I explained to Ms. Herman that my case was not pertaining to criminal, My case was a violation of my rights to a civil jury trial that took place in Baltimore City Circuit court against employee John Hopkins Hospital, On October 23, 2006.

Ms. Herman CC me a copy of a letter dated September 25, 2008 that she sent to Mr. Butler, pertaining to my August 21, 2008 response. Ms. Herman told Mr. Butler that he submitted the client file, but she did not see a copy of the writing required by Rule 1.5(b) if such a writing exists, please forward it, if not, please explain. Please state what actions were taken by him, while I was his client, to further legal interests.
Please state what he agree to do to further my legal objectives.

This is when Ms. Herman stop comanicating with me through mail, She called me in October, 2008 telling

## III

me to write Mr. Butler a letter, telling him to put the money back on Ms. Griffins card, and she told me to green card him and when I recieve it back, mail her a copy of the letter and the green card, and I responded to Ms. Herman and told her, that I'm not suppose to have any contact with Mr. Butler, while I was with Bar counsel, that's when Ms. Herman told me that I don't have to write Mr. Butler.

Ms. Herman from this point did not talk with me anymore, She called Ms. Griffin's house and left a voicemail message asking Ms. Griffin can she come and meet with me and her at her house or my house in person, and I told Ms. Griffin that I feel very uncomfortable with that, because I have never heard of anyone from the bar counsel office personally comes to anyones house, and why didn't Ms. Herman called me herself, so I told Ms. Griffin to tell Ms. Elizabeth Herman, if she would like to meet with me, she need to write me by letter and set the date time and place, this will be the

## IV

way I will feel secure with her request. because I've never heard of this ever, So Ms. Herman never arranged this meeting.

When I heard from Ms. Herman again was when she mailed me a copy of the negotiated disposition packet on February 18, 2009 for the Hearing Committee Number #4 that was going to take place on March 17, 2009 at 409 E. Street N.W. building B, room 208 Washington D.C. 20001, In which Ms. Herman never gave me a draft of the charges she was caring on my behalf, so this gave me no time to correct her before the Petition that she wrote for the hearing Committee #4.

Once recieving this Petition this is when I learned that the things was in the Petition was untrue. She never mention anything about Mr. Butler letter to bar counsel on August 7, 2008, and my response letter to his letter, dated August 21, 2008, instead she stated that I filed my own case with Bar counsel Office

## V

On August 21, 2008, which was untrue. Also in the Petition, Ms. Herman states she forward my letter to Mr. Butler for a response dated September 25, 2008 concerning fees and he failed to do so, in which I never written a letter to Mr. Butler concerning this matter after contact with Bar Counsel July 21, 2008. I asked Mr. Butler to return the money on Ms. Cassie Griffin card in February of 2008 before contacting bar counsel in July 2008, so she also states false allegations, also she states in the petition that Mr. Butler was suppose to carried my case to a civil trial, my case was a violation of my right to a jury civil trial, that I explained to Ms. Herman across the phone and on paper, and also she put me in a petition with 9 post conviction cases and my case was not a post-conviction case, I also didn't understand this.

Bar Counsel Ms. Herman did not tell all truth in the Petition she left out the most important parts and that'ss

## VI

What happened at the beginning of her investigation from July 30, 2008, Aug 7, 2008, Aug 21, 2008, (but I have proof of what exactly happened)

When I read the petition and realize what was in the petition, I wrote a letter and green card to Ms. Herman dated February 25, 2009, asking her please not to submit this untrue statements to the Committe board #4 on March 17, 2008, Ms. Herman did not respond to my letter at all.

This is when I wrote a letter to Charles Willoughby, dated March 5, 2009, Notorized, green card certify, at 1250 H. Street N.W. and forward him also a copy of the letter that I wrote Ms. Herman, Asking him to help stop the hearing or not let her give this untrue information to the Hearing Committe until it be corrected. Mr. Willoughby did not responded to my letter, instead I recieved a letter from executive Attorney Elizabeth Branlan, telling me that she forward the information to Ms. Herman and she

## VII

told me she told me to call her a day before the hearing to see if the hearing was going to continue on March 17, 2009, I then wonder while Mr. Willoughby didn't respond to my letter address and green card, certify strictly to him.

On March 16, 2009, I contacted Ms. Brandan office as I was told to do, and her secretary told me that Ms. Brandan was gone for today, and would I like her voicemail, and I explained that I need to know whether or not it will be a hearing on James Q. Butler esq. For the next day and she told me she didn't know, so I left a message on Ms. Brandan voicemail anyway, and someone from her office respond to my message the next day in which that was the day of the hearing around 9:00 AM in the morning, but I was already over at the hearing in Washington, D.C. Ms. Cassie Griffin and I was at the hearing and family members of other people who was named in the petition and we all made our statements, and I told the com-

## VIII

mittee that my case been go on every since 1997 and I've been wrongfully treated through the whole case and it has continue on over here, I've kept my own case alive and I've been fighting up against every lawyer, judge, comittioners, now bar counsel, every since I had this case, that's was only a Workman Comp case, that turned very criminal. I spoke and told the committee how Ms. Herman had turned my case complete around, the court has a tape on this that can be transscribe, but I perferr the tape it's self, because the tape don't lie.

On March 17, 2009 the committee rejected the petition, because Mr. Butler stole lots of money from his clients, It was ten people she choose for the Negotiated Hearing and 42 was pending, Ms. Herman told us in court that we can sue Mr. Butler for his damages, after the court suspend or disbar him, Ms. Herman got the rejection order from the committee #4 on

## VIIII

date May 1, 2009, which she sent a copy of the order, and also sent a letter stating that she would try to convince the courts to prosecute Mr. Butler well I'm still waiting for this day to come.

Ms. Herman try to direct me to the client security count, by sending me a letter stating that Mr. Butler was temporarly suspended by the Court of appeals, but he has not been discipline yet, well I was waiting for his true dicipline and a order of such, but Ms. Herman never gave me a order stating his temporarly suspension or anything, so I still was waiting for the order. As browsing through the computer on the DC Bar dicipline, I discover an order from bar counsel that was recieved on July 8, 2009 in the court of appeal, that states the temporarily suspension and the case was sealed and was stamped with Mr. Pinkston Name clerk of the court, but signed by E. Brook, his assistant with the name title deputy clerk

## X

and also at the end of this order, the address of the Bar counsel Mr. Shipp, the Board on Professional Responsibility is incorrect, the only address that's correct was attorney James Butler, lawyer. I waited to hear from Ms. Herman or the Courts of his discipline. I never heard from her, so I wrote a letter to the Clerk of the court of Appeals Garland Pinkston to ask for an date concerning this case, letter dated Oct. 1, 2009. In which Ms. Herman responsed back to Mr. Pinkston letter stating that I wrote the Clerk of the court and no date has been scheduled yet, she responded to Mr. Pinkston letter, that I Notarized, certify, and green card, this letter Ms. Herman sent was dated Oct. 14, 2009, then on November 9, 2009 dated letter from Mr. Herman, She sent me a letter stating that Mr. Butler was disbarred by the Court of Appeals on November 5, 2009, Ms. Herman never gave me an order from the Courts that said this information was true, but she's very persistant of directing me to the Client security account with

## XI

out the order, Ms. Herman told us to wait for the order. Ms. Cassie Griffin and I went to the court of appeals to see Mr. Garland Pinkston in person, but they told us that he was gone out for lunch and that they don't know how long he will be gone, so we asked about Mr. Butler disbarred and one of the court assistance said Mr. Butler was disbarr, so we ask her for a copy and she gave it to us, in with this print out is very confuse to me, because Mr. Butler is his own attorney and the front page states that case has been disposed on 11-05-2009, and then later as you read on, it states that he been disbarred, no one has ever sent me a copy of the order, but as you look on the computer, An Order that he's been disbar under a different Bar docket NO. 331-07 this is not the correct docket number, but on the printout from the courts, the bar docket Number is Correct 311-07 et Al states case has been disposed on 11-05-2009.

(I have proof of all the Above)

### XII

When I recieved this printout from the court of appeals, this is when I learned of Mr. Charles Willoughby real address, because no one seem to knew who he was, even when Ms. Cassie Griffin and myself went personally to 1101 K. Street, it was as if he didn't exist at all, now this became even a little more clearer why Mr. Willoughby or his secretary never responded to my, Notarized, certify, green card letter, but it was recieved and signed by someone at 1250 H. Street and answered by Ms. Elizabeth Brandon

Ms. Cassie Griffin, my daughter and I visit Mr. Willoughby's office on 717 14th Street in late November, 2009 to talk with him concerning my situation, the secretary at his office directed me and Ms. Griffin down stairs to Mr. Willoughby investigation to make our claim, the more we talked to the investigators concerning our matter the less interest he became, by saying that it wasn't in Mr. Willoughby govern, because he was the inspector General, so he call Ms Herman about Mr.

### XIII

Butler, and she told him the he was disbarred, in which the claim at this time was concerning Ms. Herman and not Mr. Butler, the case does has something to do with Mr. Butler, but my concerns at this particular time was about Ms. Herman carring the case concerning Mr. Butler wrong. Ms. Griffin, my daughter and I then went back to Mr. Willoughby's office upstairs. Mr. Willougby's secretary try to tell us after we told her what happen down stairs, she started saying that Mr. Willoughby is a inspector General and he doesn't handle the situation, Ms. Griffin, and I said that his name is on papers and on his door titled him with handling the Board on Professional Responsibility, this is when Mr. Willoughby came from the back of his office and ask what was the problem and this is when Ms. Griffin and I told Mr. Willoughby what happen, showing him our evidence, signed green cards, and etc., and Mr. Willoughby responded saying that he knew nothing about what we had and no one should of signed for his mail

XIV

at 1250 H. Street, then Mr. Willoughby told Ms. Griffin and I to go to 430 E. Street room 138 and file against Ms. Herman. Instead of going their I decided to file with the United States D.C Court for Ms. Herman and others involved intentionally damaged my claim, I been through enough, concerning this one case.

(I have Proof)

May 5, 2010

Gail Royster
Gail Royster
26 Nancy Ct.
Rosedale, Md. 21237
410-866-3017

United States District Court
For the District of Columbia

Gail Royster
        Plaintiff

V.                                    Case No. 10-CV-00395 (EGS)

Board on Professional Responsibility,
Elizabeth A. Herman, Elizabeth
J. Brandan, Charles J. Willoughby
                    Defendants

## Certificate of Service

I hereby certify that the following was served a copy, mailed May 5, 2010

Attorneys for the Above Defendants:

Paul A. Hemmerbaugh (DC Bar No. 445420)
Noah A. Clements (DC Bar No. 500019)
Sidley Austin LLP
1501 K. Street N.W
Washington D.C. 20005

Pro se/ Gail Royster