I

United States District Court
For the District of Columbia

Gail Royster
(Plaintiff)

Civil Action No: 10-395 (EGS)

V.

Board of Professional Responsibity, Elizabeth A. Herman, Elizabeth Brendan, Charles S. Willoughby, District of Columbia Court of Appeals, E. Brooks- assistant to the clerk of the court, Garland Pinkston Jr. Clerk of the Court.

(Defendants)

## Motion, Not to Dismiss to meet and show evidence of claim.

RECEIVED
MAY 27 2010
Clerk, U.S. District and Bankruptcy Courts

The Defendants above ask the Court to dismiss my claim against them, due to not showing facts of my claim against them, in which everything I've stated in my claim are true facts, that I would respectfully ask the courts to allow me to show my evidence of proof to support my allegations against defendants.

## II

I would like to meet with the court in person to present my proof of evidence that I've stated in my claim. I respectfully ask the court not to dismiss my claim as the defendants has asked, because my rights was violated according to Constitutional law for justice.

Also disregard the letter dated May 25, 2010, because I recieved the respond for Defendant Assistant Attorney General J. Lerner on May 25, 2010.

May 26, 2010

Gail Royster
Gail Royster
26 Nancy Ct.
Baltimore, Md. 21237

United States District Court
For the District of Columbia

Gail Royster
(Plaintiff)

Case No 1-10-cv-00395 (EGS)

v.

Board on Professional Responsibility,
Elizabeth A. Herman, Elizabeth J. Brandan,
Charles J. Willoughby, District of Columbia
Court of Appeals, E. Brooks, Garland
Pinkston Jr.

(Defendants)

## Certificate of Service

I hereby certify the above defendants attorneys were served via first class mail, postage-prepaid, on May 26, 2010.

*Gail Royster*
Gail Royster
26 Nancy Ct
Baltimore, Md. 21237
410-866-3017

# CONSTITUTION OF THE UNITED STATES

**We the People** of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.