*Let This be Filed sjuc 7/1/10*

United States District Court
for the District of Columbia

Gail Royster                    Civil Action No. 10-395 (EGS)

   V. Plaintiff

District of Columbia
Court of Appeals, Garland Pinkston,
Ernest Brooks
Board on Professional Responsibility
                    (defendants)

# Motion
## not to dismiss

I Gail Royster respectfully asking the
court not to dismiss my claim against
the above defendants.

On March 14, 2009 their were a Petition
for negotiation against attorney James
Q. Butler, in which comittee Board #4
rejected due to the severity of the
crime he committed, the order of this
hearing was dated May 1, 2009. On July
8, 2009 the Board of Responsibility filed
with the District of Columbia Court Appeals
a temporarily suspension under seal.
With my findings of this order that was

RECEIVED
JUN - 4 2010
Clerk, U.S. District
Bank, District Court

## II

filed on July 8, 2009 is false. The sealed order was signed by Ernest Brooks with the job title as a Deputy Clerk, in which is not true, his job title is the assistant to the clerk of the court which was Garland Pinkston, and a seal should not be signed by no one other than the judge or clerk of the court, and also the addresses on this same order to Mr. Willoughby are also wrong, and Mr. Shipp's, the only address that is correct was the attorney that represented Mr. James Butler, so this order is false and untrue.

I wrote Mr. Pinkston a letter dated October 1, 2009 and Ms. Elizabeth Herman answer the letter and not Mr. Garland Pinkston Clerk of the court.

According to the court printout sheet that I personally recieved from a visit to the District of Columbia Court of Appeals, the top sheet states that on November 5, 2009 the case of Bar docket number 311-07 et al has been disposed, in which I had recieved a letter from Ms. Herman deputy Bar Counsel telling me that Mr. Butler has been disbar, according to the order sheet this is false, because

## III

the bar docket Number has changed on the disbar order sheet to 334-07etal, in which does not pertain to my case, so this order is also false.

The bar docket or case number just don't change, under no circumstances, when pertaining to the same case.

With my pleadings I have substantial evidence to state a claim to support the allegations against the defendants.

When someone intentionally damages, you or your case from moving forward through proper proceedings has all rights and is liable to be taken to the federal level.

Mr. Jacques Lerner (assistant Attorney General) letter dated June 7, 2010, keep asking the courts for dismissal when, his client, defendant Mr. Brooks has tampered with court documents, falsifying information concerning my case, in which I'm asking the courts to allow my evidence, burden of proof to prove my claim against the defendants of their wrong doings to show the court I do have Meritts to state a claim.

## IV

Mr. Jacques Lerner (Assistant Attorney General) States that the defendants is immune, When someone breaks the law, under no circumstances they are not immune from punishment, My rights has been intentionally violated by the defendants and I'm asking the courts again, respectfully not to dismiss my claim, with out the findings and proof of both sides presenting the evidence to this claim to the courts.

June 11, 2010

Thank You,
respectfully

Miss Gail Royster

Gail Royster
26 Nancy Ct
Baltimore, Md. 21237
410-866-3017

## Certificate of Service

I certify that on June 11, 2010, I mailed
a copy First-Class mailed to the following:

Jacques lerner
(Assistant Attorney General)
441 4th Street N.W. 6th floor
Washington, D.C. 20001

June 11, 2010

Gail Royster